Robert J. Berg, Esq. (RB-8542)
Jeffrey I. Carton, Esq. (JC-8296)
DENLEA & CARTON LLP
2 Westchester Park Drive, Suite 410
White Plains, New York  10604
(914) 331-0100
rberg@denleacarton.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

---------------------------------------------------------x
:
LAWRENCE FARRELL, on behalf of           :   Civil Action No. 2:16-CV-04391-JLL/SCM
himself and all others similarly situated,    :
:
Plaintiff,        :
:
-against-        :   **NOTICE OF VOLUNTARY**
:   **DISMISSAL PURSUANT TO**
SONY CORPORATION OF AMERICA, SONY :   **F.R.C.P. 41(a)(1)(A)(i)**
INTERACTIVE ENTERTAINMENT LLC, and :
SONY INTERACTIVE ENTERTAINMENT     :
AMERICA LLC,                                             :
:
Defendants.   :
---------------------------------------------------------x

  Plaintiff Lawrence Farrell, by and through his attorneys, Denlea & Carton LLP, hereby gives notice of his voluntary dismissal with prejudice and without costs of the above-captioned action against the Defendants Sony Corporation of America, Sony Interactive Entertainment LLC, and Sony Interactive Entertainment America LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

  As the court docket accurately reflects, the Defendants have not filed an answer or motion for summary judgment as of this time.

1

Dated: White Plains, New York
November 28, 2016

Respectfully submitted,

**DENLEA & CARTON LLP**

By: /s/ Robert J. Berg

Two Westchester Park Drive, Suite 410
White Plains, New York  10604
(914) 331-0100
rberg@denleacarton.com

*Attorneys for Plaintiff*

**SO ORDERED:** _____

DATED: 11/29/16